IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 09-468-01 |
| LEN SEM | : | |

### ORDER

AND NOW this *19th* day of *July*, 2022, upon consideration of the Government's Motion to Dismiss Counts One through Four of the superseding information, it is hereby

### ORDERED

that Counts One through Four of superseding information Number 09-CR-468-01 are DISMISSED.

BY THE COURT:

_____
HONORABLE GERALD L. PAPPERT
*United States District Judge*
*Eastern District of Pennsylvania*